IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 4:22-cr-152 |
| v. | ) INFORMATION |
| JONATHAN FRANCIS SPEIDEL, | ) T. 18 U.S.C. § 2423(b) |
| Defendant. | ) |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Travel with Intent to Engage in Illicit Sexual Activity)**

Between on or about September 9, 2020, to on or about September 16, 2020, in the Southern District of Iowa, and elsewhere, the defendant, JONATHAN FRANCIS SPEIDEL, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person, namely, Child Victim #18.

This is a violation of Title 18, United States Code, Section 2423(b).

Richard D. Westphal
United States Attorney

By: *[signature]*
Kyle J. Essley
Assistant United States Attorney