# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-1459

_____

United States of America

Plaintiff - Appellee

v.

Jonathan Francis Speidel

Defendant - Appellant

_____

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:22-cr-00152-RGE-1)

_____

**JUDGMENT**

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

September 25, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans