# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1459

United States of America

Appellee

v.

Jonathan Francis Speidel

Appellant

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:22-cr-00152-RGE-1)

---

**MANDATE**

In accordance with the opinion and judgment of September 25, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 20, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit